IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CV-101-RLV-DCK

| | |
|---|---|
| RICHARD M. PAVELOCK, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| SYLVIA BURWELL, in her official capacity as Secretary of Health and Human Services, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 9) filed by Joseph T. Carruthers, concerning Katherine B. Ilten on August 25, 2015. Ms. Katherine B. Ilten seeks to appear as counsel *pro hac vice* for Plaintiff Richard M. Pavelock, M.D. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 9) is **GRANTED.** Ms. Katherine B. Ilten is hereby admitted *pro hac vice* to represent Plaintiff Richard M. Pavelock, M.D.

**SO ORDERED**.

Signed: August 25, 2015

David C. Keesler
United States Magistrate Judge