IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CV-101-RLV-DCK

| | |
|---|---|
| RICHARD M. PAVELOCK, M.D., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| SYLVIA BURWELL, in her official capacity as Secretary of Health and Human Services, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Secretary Of Health And Human Services' Motion To Seal Pursuant To Local Rule 6.1" (Document No. 17) filed December 2, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting consent of Plaintiff's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Secretary Of Health And Human Services' Motion To Seal Pursuant To Local Rule 6.1" (Document No. 17) is **GRANTED**.

Signed: December 3, 2015

David C. Keesler
United States Magistrate Judge