IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CV-101-DCK

| | |
|---|---|
| RICHARD M. PAVELOCK, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| SYLVIA BURWELL, in her official capacity ) | |
| as Secretary of Health and Human Services, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the status of this case.

The Court notes that pursuant to the "Pretrial Order And Case Management Plan" the parties were required to select and agree upon a mediator and file a report stating the identity of the mediator selected, or a report stating that they have been unable to agree upon a mediator and the reasons for such inability. (Document No. 26, p.5). The parties have failed to file such a report with the Court.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Status Report, jointly if possible, on or before **March 29, 2016**, regarding the status of this matter.

**SO ORDERED**.

Signed: March 22, 2016

David C. Keesler
United States Magistrate Judge