# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:15-CV-101-DCK

| | |
|---|---|
| RICHARD M. PAVELOCK, M.D., ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| SYLVIA BURWELL, in her official capacity ) | |
| as Secretary of Health and Human Services, ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Robert A. Whitlow, filed a "Certification Of Mediation Session" (Document No. 29) notifying the Court that the parties reached a settlement post-mediation on April 18, 2016. The Court commends the parties and the mediator for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **May 18, 2016.**

Signed: April 18, 2016

David C. Keesler
United States Magistrate Judge